7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Joan Kneecole Heaton
*Debtor*

**Erlene Krigel**
    Plaintiff(s)

v.

**Missouri Department of Revenue**
    Defendant(s)

*Bankruptcy Case No.*
14−44257−drd7

*Adversary Case No.*
15−04071−drd

# JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Dennis R. Dow , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: that the payment made by Debtor to Defendant on August 27, 2014 is a fraudulent transfer pursuant to 11 U.S.C. §548, and is avoidable by the Trustee pursuant to 11 U.S.C. §544. Accordingly, IT IS ORDERED that Missouri Department of Revenue turnover the sum of $2,977.06 to the Plaintiff.

PAIGE WYMORE−WYNN
Acting Court Executive

By: /s/ Kim McClanahan
    Deputy Clerk



Date of issuance: 8/4/15

Court to serve